[No. 14913-3-II. Division Two. June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 90-8-00903-7, William E. Howard, J.,

entered February 17, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.